THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Laura Ajax, Appellant,
 
 
 

v.

 
 
 
 Paul Dota and
 Paul Richards, Respondents.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-261    
 Submitted April 2, 2012  Filed May 2,
2012

AFFIRMED

 
 
 
 Demal I. Mattson, Jr., of Mount Pleasant,
 for Appellant.
 Christopher W. Nickels, of Charleston, for
 Respondent.
 
 
 

PER CURIAM: Laura Ajax appeals the circuit court's grant
 of summary judgment in favor of Paul Dota, arguing the circuit court erred in
 finding no genuine issue of material fact existed as to Dota's status as a
 caretaker or keeper of the dog that attacked her.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: S.C. Code Ann. § 47-3-110 (1987) ("Whenever any person is bitten or otherwise
 attacked by a dog while the person is in a public place . . . the owner of the
 dog or other person having the dog in his care or keeping . . . is liable for
 the damages suffered by the person bitten or otherwise attacked."); Harris
 v. Anderson County Sheriff's Office, 381 S.C. 357, 363, 673 S.E.2d 423, 426
 (2009) ("Where the person is injured while the dog is in the care
 or keeping of someone who is not the dog's owner, the injured party may pursue
 a statutory claim against the owner of the dog or the other person having the
 dog in his care or keeping." (emphasis added)). 
AFFIRMED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.